[No. 12683–4–II. Division Two. August 23, 1990.]

*In the Matter of the Estate of*
WILLIAM O. KIDWELL.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82–4–00226–1, Michael G. Spencer, J., entered February 21, 1989. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 12561–7–II. Division Two. August 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. THERESA M. PATNOE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87–1–00590–7, James D. Roper, J., entered January 9, 1989. *Reversed* by unpublished per curiam opinion.

[No. 12172–7–II. Division Two. August 23, 1990.]

REX G. LESTER, ET AL, *Respondents,* v. S.M. WILLARDSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–04120–3, Nile E. Aubrey, J., entered July 8, 1988. *Reversed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.